IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | 4:23-CR-061-Y |
| MARK ANTHONY KIRKLAND (02) | § § | |

**ORDER PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 5(f)**

This written order is entered pursuant to Rule 5(f)(1) of the Federal Rules of Criminal Procedure, and is entered by the court on the first scheduled court date when both the prosecutor and defense counsel are present.

As to the above named defendant, by this order -- issued to the prosecution and defense counsel -- the court confirms the disclosure obligations of the prosecutor under *Brady v. Maryland,* 373 U.S. 83 (1963), and its progeny, and the possible consequences of violating such order under applicable law. Failure to do so may result in consequences such as the dismissal of the indictment or information, dismissal of individual charges, exclusion of evidence or witnesses, adverse jury instructions, contempt proceedings, and/or sanctions by the court.

Signed: March 16, 2023

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE