UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## MINUTE ORDER

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:23-CR-00061-Y |
| Defendant: | MARK ANTHONY KIRKLAND (02), Sworn |
| Court Reporter: | Digital |
| Interpreter: | n/a |
| US Attorney: | Shawn Smith-DOJ — Levi Thomas |
| Defense Attorney: | Vincent Wisely, CJA |
| Time in Court: | 6 min. |
| Judge: | Magistrate Judge Hal R. Ray, Jr. |
| Date of hearing: | March 16, 2023 |
| Status: | MARK ANTHONY KIRKLAND (02) enters a plea of not guilty as to count 1 charged in the 1 count indictment. Defendant waived reading of the indictment. Deft detention continued |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | E. Moore |

Other Information:

*[Filed stamp: U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, FILED MAR 16 2023, CLERK, U.S. DISTRICT COURT, By ___ Deputy]*