IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | ACTION NO. 4:23-CR-061-Y |
| | § | |
| MARK ANTHONY KIRKLAND (2) | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

Pending before the Court is Defendant's Unopposed Motion to Continue (doc. 33). After review of the motion, the Court concludes, under 18 U.S.C. § 3161(h)(7)(B)(iv), that a failure to grant the requested continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. As a result, the Court further concludes, under 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, Defendant's Unopposed Motion to Continue is GRANTED. The trial of this cause is CONTINUED until 10:00 a.m. on Monday, June 20, 2023. The pretrial conference is CONTINUED until 3:00 p.m. on Thursday, June 15. The scheduling order previously issued in this cause is hereby MODIFIED as follows:

(1) the deadline for filing witness and exhibit lists is EXTENDED until June 13; and

(2) the deadline for exchanging exhibit notebooks is EXTENDED until June 15.

SIGNED May 4, 2023.

*[Signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE