ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 4:23-CR-061-Y<br>[Supersedes Indictment returned on March 8, 2023, as to defendant Kirkland (02) only.] |
| MARK ANTHONY KIRKLAND (02) | |

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One

Conspiracy to Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning in or before December 2021, and continuing until in and around March 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Mark Anthony Kirkland**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C §§ 841(a)(1) and (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

Superseding Information - Page 1

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)).

                LEIGHA SIMONTON
                UNITED STATES ATTORNEY

                SHAWN SMITH
                Assistant United States Attorney
                Texas State Bar No. 24033206
                801 Cherry Street, Suite 1700
                Fort Worth, Texas 76102
                Telephone: 817.252.5200
                Email: Shawn.Smith2@usdoj.gov