ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

MARK ANTHONY KIRKLAND  (02)

Criminal No. 4:23-CR-061-Y

## WAIVER OF INDICTMENT

I, Mark Anthony Kirkland, the above named defendant, who is accused in the
Information with the felony offense of Conspiracy to Possess with Intent to Distribute, in
violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed
Information, and of my rights, hereby waive prosecution by Indictment and consent that
the proceeding may be by Information rather than by Indictment.

Signed this _1st_ day of _June_____, 2023.

_____
MARK ANTHONY KIRKLAND
Defendant

_____
VINCENT WISELY
Attorney for Defendant