MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### Fort Worth DIVISION

HONORABLE __Terry R. Means__ PRESIDING    COURT REPORTER/TAPE: __Debbie Kriegshauser__
DEPUTY CLERK __Michelle Moon__    USPO __Kathryn Wren__
LAW CLERK _____    INTERPRETER _____

CR. No. __4:23-CR-061-Y__    DEFT. No. __(2)__

UNITED STATES OF AMERICA    §    __Shawn Smith,__ AUSA
                            §
v.                          §
                            §
 MARK ANTHONY KIRKLAND      §    __Vincent E. Wisely, (A)__
Defendant's Name                 Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: __10-10-23__
Hearing Type: ☐ Sentencing Hearing - Contested  ☒ Sentencing Hearing - Non-Evidentiary
Time in Court: __26 mins.__
Trial Status: ☐ Completed by Jury Verdict ☐ Continued from Previous Month ☐ Directed Verdict ☐ Evidence Entered
              ☐ Hung Jury ☐ Jury Selection Only, continued ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
              ☐ Mistrial ☒ Settled/Guilty Plea ☐ None
Days in Trial: _____
Hearing Concluded: ☒ Yes ☐ No

☒ Sentencing held. ☐ Objections to PSI heard. ☒ Plea agreement accepted. ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines ☐ Departs Upward ☐ Departs Downward

SENTENCING TEXT:

☐ .. Deft. placed on: Probation for _____.
☒ .. Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of __156 months*__.
☒ .. Deft. placed on: Supervised Released for __3 years__.
☐ .. Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____.
☒ .. Count(s) __1 of indictment__ dismissed on government's motion.
☐ .. Order dismissing original Indictment/Information to be entered upon government's written motion.
☒ .. $__100.00__ special assessment on Count(s) __1s__
     of ☐ Complaint ☐ Indictment ☐ Information ☐ Superseding Indictment ☒ Superseding Information.

☐ ...... Deft ordered to surrender to the designated institution on _____.
☐ ...... Deft failed to appear, bench warrant to issue.
☐ ...... Bond ☐ continued ☐ revoked
☒ ...... Deft Advised of his right to appeal.
☐ ...... Deft requests Clerk to enter notice of Appeal.
☐ ...... Deft Custody/Detention continued.
☒ ...... Deft REMANDED to custody.   Court recommends incarceration at _____.

**FILED**

**October 10, 2023**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

OTHER PROCEEDINGS/INFORMATION: __*to run consecutively to any future sentence that may be imposed in pending__
parole revocation case nos. 1420416D; 1454195W; and 1454760W in Criminal District Court No. 1, Tarrant County, Texas.  This
sentence shall also run consecutively to any future sentence that may be imposed in case no. 1714144D in Criminal District Court
No. 3, Tarrant County, Texas.